**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1862**

———————

ALVEDA INGRAM RICHARDSON,

Plaintiff - Appellant,

versus

MARCIA G. SHEIN,

Defendant - Appellee,

and

FEDERAL CRIMINAL DEFENDANTS LAW CENTER,
INCORPORATED,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
97-3439-CCB)

———————

Submitted: December 22, 1999        Decided: January 13, 2000

———————

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Alveda Ingram Richardson, Appellant Pro Se.  Joshua R. Treem, SCHULMAN, TREEM, KAMINKOW & GILDEN, P.A., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alveda Richardson appeals the district court's order denying her motion for summary judgment and granting Marcia Shein's cross-motion for summary judgment in Richardson's legal malpractice and breach of contract action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Richardson v. Shein, No. CA-97-3439-CCB (D. Md. May 27, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED